UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILSON NUNEZ, ET AL. | CIVIL ACTION |
| VERSUS | NO: 16-3005 |
| ORLEANS SHORING, LLC, ET AL. | SECTION: "J"(4) |

### ORDER

Before the Court is a **Joint Motion to Dismiss Without Prejudice (Rec. Doc. 40.)**

**IT IS HEREBY ORDERED** that the motion **(Rec. Doc. 40)** is **GRANTED**. Accordingly, Defendant Orleans Shoring, LLC is hereby dismissed **WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 24th day of August, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE