UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILSON NUNEZ, ET AL. | CIVIL ACTION |
| VERSUS | No.: 16-3005 |
| ORLEANS SHORING, LLC, ET AL. | SECTION: "J"(4) |

### ORDER

Having considered the parties' *Joint Motion for Approval of Collective Action Settlement* **(R. Doc. 49)** and the parties' proposed *General Release and Settlement Agreement* **(R. Doc. 49-1)**,

**IT IS HEREBY ORDERED** that the *Joint Motion for Approval of Collective Action Settlement* (R. Doc. 49) is **GRANTED**. The Court finds that the settlement is a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act.

New Orleans, Louisiana this 7th day of February, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE